# United States Court of Appeals
## For the Eighth Circuit

_____

No. 15-3902

_____

United States of America

*Plaintiff - Appellee*

v.

Joanna Rae Dungy

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Southern District of Iowa - Des Moines

_____

Submitted: May 4, 2016
Filed: May 9, 2016
[Unpublished]

_____

Before WOLLMAN, BOWMAN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Joanna Rae Dungy directly appeals the district court's[1] judgment revoking her supervised release and sentencing her to two months in prison and three years of

_____

[1] The Honorable Robert W. Pratt, United States District Judge for the Southern District of Iowa.

supervised release with a special condition that she reside in a residential re-entry program for up to 120 days following her incarceration. On appeal, Dungy argues that the court lacked statutory authority to order placement in the residential re-entry program and that the court abused its discretion in imposing this condition.

After careful review, this court affirms. See 18 U.S.C. § 3583(d) (court may order special release condition that is reasonably related to 18 U.S.C. § 3553(a) factors, involves no greater deprivation of liberty than reasonably necessary, and is consistent with policy statements); United States v. Wiedower, 634 F.3d 490, 493 (8th Cir. 2011) (court has broad discretion when imposing release conditions; when crafting special condition, court must make individualized inquiry into facts and circumstances underlying case and make sufficient findings on record so as to ensure condition satisfies statutory requirements).

The judgment is affirmed, and counsel's motion to withdraw is granted.

_____